# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **YINGYING DAI** | **CASE NO. 6:25-CV-00943** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JONATHAN CRAWFORD** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Rule 12(b)(1) Motion to Dismiss Based Upon Lack of Subject Matter Jurisdiction (Rec. Doc. 6) is **GRANTED**, and this action is hereby **DISMISSED** for lack of subject matter jurisdiction.

Signed at Lafayette, Louisiana, this 19th day of February, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE